UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-77-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HARLEE BARSHEEN TOMER | ORDER TO SEAL |

On motion of the Defendant, Harlee Barsheen Tomer, and for good cause shown, it is hereby ORDERED that the **[DE 32]** be sealed until further notice by this Court.

IT IS SO ORDER.

This __7__ day of July, 2015.

JAMES C. DEVER, III
Chief United States District Judge